# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY GARCIA,<br><br>    Petitioner,<br><br>v.<br><br>D. BAUGHMAN, Warden,<br><br>    Respondent. | Case No. EDCV 17-851 JVS (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a <u>de novo</u> review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

A separate order shall issue GRANTING the Attorney General's motion to dismiss, DENYING Petitioner's request for a stay of the action, and dismissing the action with prejudice.

DATE: December 04, 2017

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE